UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Williams,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Vista on 5th,<br><br>                    Defendant. | 23-cv-10477 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff never filed an amended complaint following this Court's opinion and order, *see* Dkt. 27, and the United States Court of Appeals for the Second Circuit has affirmed this Court's judgment, *see* Dkt. 29. Accordingly, this case is dismissed with prejudice.

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                               United States District Judge